**\*\*\* NOTE: SCHEDULE PREVIOUSLY WITH THE CLERK (TIME DOES NOT GO UNTIL NOON OR 1:15 P.M.) DO SO ON A TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.\*\*\***

AO 133(Rev. 12/09)  Bill of Costs
USDC Colo. Version – (Further Rev. (01/01/2019)

## BILL OF COSTS

| United States District Court | DISTRICT | DISTRICT OF COLORADO |
|---|---|---|
| v. | DOCKET NO. | |
| | MAGISTRATE CASE NO. | |

Judgment having been entered in the above entitled action on

against                                                                the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

*FILED — UNITED STATES DISTRICT COURT, DENVER, COLORADO — Sept. 4, 2019 — JEFFREY P. COLWELL, CLERK*

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**                     TOTAL   $                *

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _____

Print Name _____        Phone Number _____

For: _____              Date _____
Name of Claiming Party

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $  **19,557.34** |
| CLERK OF COURT<br>JEFFREY P. COLWELL | (BY) DEPUTY CLERK  **s/ Edward Butler**<br>DATE:  **September 4, 2019** |

**\*   Clerk's note:  Costs awarded pursuant to the parties' Stipulation, attached to the Proposed Bill of Costs (Docket No. 199-1).**